In the Matter of the Application of N. S. BEAN, as Receiver of the FIRST NATIONAL BANK OF WARREN, MASSACHUSETTS, Respondent, against FRANCIS R. STODDARD, JR., Individually and as Superintendent of Insurance, Appellant, Impleaded with Others.

*Appeal — motion to dismiss on ground of defect in permission by Appellate Division.*

Reported below, 207 App. Div. 276.

(Submitted May 12, 1924; decided May 20, 1924.)

MOTION to dismiss an appeal, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department which dismissed an appeal from an order of Special Term granting a motion for permission to bring an action against the defendants herein and which modified and affirmed as modified an order denying a motion to vacate the said order.

The motion was made upon the ground that the Appellate Division was without authority to grant permission to appeal and that proper leave was not obtained for the reason that the order appealed from was not a final order in a special proceeding.

*Evan Hollister* for motion.

*Clarence C. Fowler* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless at the present or next

term of the Appellate Division the appellant procures the order allowing the appeal to be amended by stating questions to be passed on by this court as is necessary in the case of an interlocutory order, and in case such amendment is made the motion to dismiss the appeal is denied, without costs.